AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dever, James C. | U.S. District Court, EDNC | 04/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
310 New Bern Ave.
Raleigh, NC 27601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Law Professor | Campbell University, N.A. Wiggins School of Law |
| 2. | Senior Lecturing Fellow | Duke University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Agreement to teach as an adjunct law professor at Campbell University |
| 2. | 2014 | Agreement to teach as a senior lecturing fellow at Duke University |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 04/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Campbell University (wages) | $5,000.00 |
| 2. | 2014 | Duke University (wages) | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Teacher, Our Lady of Lourdes Catholic School, Raleigh, North Carolina (wages) |
| 2. | 2014 | Self-employed, Silpada, Raleigh, North Carolina |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NC Association of Defense Attorneys | 6/12/14-6/15/14 | Hilton Head, SC | 2014 Annual Meeting | hotel, food, gas |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 04/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 2. Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. PNC Bank Account | A | Interest | L | T | | | | | |
| 5. IRA | | | | | | | | | |
| 6. -Cash Deposit-- Northwestern Mutual Investment Services | A | Interest | J | T | | | | | |
| 7. -ACINX (Columbia Acorn International Fund) | A | Int./Div. | J | T | | | | | |
| 8. -DODFX (Dodge & Cox International Fund) | A | Int./Div. | | | Sold | 12/17/14 | K | A | |
| 9. -FVHIX (Franklin High Income Fund Advisor) | A | Int./Div. | J | T | | | | | |
| 10. -HADBX (Harbor Bond Fund Institutional Class Fund) | A | Int./Div. | | | Sold | 10/01/14 | K | A | |
| 11. -ICSLX (Mainstay ICAP Select Equity Fund) | C | Int./Div. | | | Sold | 09/22/14 | K | C | |
| 12. -ODMAX (Oppenheimer Developing Markets Fund) | A | Int./Div. | | | | | | | |
| 13. -ODVYX (Oppenheimer Developing Markets) | A | Int./Div. | K | T | Spinoff (from line 12) | 02/11/14 | K | | |
| 14. -PARSX (Parnassus Small-Cap Fund) | B | Int./Div. | | | Sold | 07/30/14 | J | A | |
| 15. -PCRPX (Pimco Commodity Real Return Fund) | A | Int./Div. | | | Sold | 02/20/14 | J | A | |
| 16. -UMBMX (Scout Mid Cap Fund) | A | Int./Div. | J | T | | | | | |
| 17. -UMBWX (Scout International Fund) | B | Int./Div. | | | Sold | 05/14/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -TGBAX (Templeton Global Bond Fund Advisor) | A | Int./Div. | K | T | | | | | |
| 19. -MCGFX (Aston/Montag & Caldwell Growth Fund) | A | Int./Div. | | | | | | | |
| 20. -MCGIX (ABN AMRO/Montag & Caldwell Growth) | A | Int./Div. | K | T | Spinoff (from line 19) | 02/11/14 | K | | |
| 21. -VSISX (Vanguard Small-Cap Index Signal Fund) | B | Int./Div. | | | | | | | |
| 22. -VSMAX (Vanguard Small-Cap Index Fund Admiral) | B | Int./Div. | K | T | Spinoff (from line 21) | 10/29/14 | K | | |
| 23. -VMISX (Vanguard Mid-Cap Index Signal Fund) | A | Int./Div. | | | | | | | |
| 24. -VIMAX (Vanguard Mid-Cap Fund Admiral) | B | Int./Div. | J | T | Spinoff (from line 23) | 10/29/14 | J | | |
| 25. -VTSSX (Vanguard Total Stock Market Index Signal Fund) | C | Int./Div. | | | | | | | |
| 26. -VTSAX (Vanguard Total Stock Market Index) | C | Int./Div. | K | T | Spinoff (from line 25) | 10/27/14 | K | | |
| 27. -XLE (Select Sector SPDR Tr Energy) | A | Int./Div. | J | T | | | | | |
| 28. -DODIX (Dodge & Cox Income Fund) | A | Int./Div. | J | T | | | | | |
| 29. -VGRSX (Vanguard REIT Index Signal Fund) | A | Int./Div. | | | | | | | |
| 30. -VGSLX (Vanguard REIT Index Fund Admiral) | B | Int./Div. | K | T | Spinoff (from line 29) | 10/27/14 | K | | |
| 31. -APOIX (American Century Short Duration) | A | Int./Div. | | | Sold | 10/02/14 | J | A | |
| 32. -DRGTX (Allianzgi Technology Fund) | B | Int./Div. | K | T | | | | | |
| 33. -FSRIX (Fidelity Advisor Strategic Income) | A | Int./Div. | J | T | | | | | |
| 34. -VFSTX (Vanguard Short Term Inestment Grade) | A | Int./Div. | | | Sold (part) | 05/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/14/14 | J | A | |
| 36.  -WGIFX (Capital World Growth & Income) | A | Int./Div. | K | T | Buy | 12/05/14 | K | | |
| 37.  -DODWX (Dodge & Cox Global Stock Fund) | A | Int./Div. | K | T | Buy | 12/17/14 | K | | |
| 38.  -FMKIX (Fidelity Advisor Emerging Markets) | A | Int./Div. | J | T | Buy | 05/14/14 | J | | |
| 39.  -FINFX (Fundamental Investor Class F-2) | A | Int./Div. | K | T | Buy | 09/22/14 | K | | |
| 40.  -VWEHX (Vanguard High Yield Corporate) | A | Int./Div. | K | T | Buy | 05/14/14 | K | | |
| 41.  Trust No. 1 | | | | | | | | | |
| 42.  -Wachovia (now Wells Fargo) checking acct. | A | Interest | J | T | | | | | |
| 43.  -Wachovia (now Wells Fargo) savings acct. | A | Interest | J | T | | | | | |
| 44.  -Kincecta Federal Savings & Loan checking acct. | A | Interest | M | T | | | | | |
| 45.  -Kinecta Federal Savings & Loan savings acct. | A | Interest | J | T | | | | | |
| 46. | | | | | | | | | |
| 47.  -New York Life whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 48.  -New York Life family life insurance policy | A | Int./Div. | J | T | | | | | |
| 49.  -New York Life variable annuity | A | Int./Div. | J | T | | | | | |
| 50.  -USAA whole life insurance policy | B | Int./Div. | K | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Comcast Corp Cl A stock | A | Dividend | J | T | | | | | |
| 53. -General Electric Co stock | B | Dividend | L | T | Buy | 01/28/14 | L | | |
| 54. -Twenty First Century Fox Class A stock | A | Dividend | K | T | | | | | |
| 55. -Northrop Grumman Corp stock | C | Dividend | L | T | | | | | |
| 56. -Raytheon Company New stock | D | Dividend | N | T | | | | | |
| 57. -3M Company stock | B | Dividend | L | T | | | | | |
| 58. -Wells Fargo CD | A | Interest | K | T | | | | | |
| 59. -Fidelity US Treasury Money Mkt | A | Interest | M | T | | | | | |
| 60. -Huntington Ingalls Indus stock | A | Dividend | J | T | | | | | |
| 61. -Chevron Corp stock | D | Dividend | M | T | | | | | |
| 62. Fidelity Portfolio Advisory Service | D | Int./Div. | M | T | | | | | |
| 63. -United Technologies Corp stock | A | Dividend | K | T | Buy | 03/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to lines 12 and 13 in the IRA, on February 11, 2014, the Oppenheimer Developing Markets Fund did a share class conversion. The shares went from Class A shares to Class Y shares, and the new symbol for the fund went from ODMAX to ODVYX. The computer program does not list share class conversion as an action item; therefore, I used the term spinoff. Moreover, because I no longer own the ODMAX fund, I have removed a gross value at end of the reporting period for the ODMAX fund.

With respect to lines 19 and 20 in the IRA, on February 11, 2014, the ABN Amro/Montag & Caldwell Growth Fund did a share class conversion. The shares went from Class N to Class I shares, and the new symbol for the fund went from MCGFX to MCGIX. The computer program does not list share class conversion as an action item; therefore, I used the term spinoff. Moreover, because I no longer own the MCGFX fund, I removed a gross value at the end of the reporting period for the MCGFX fund.

With respect to lines 21 and 22 in the IRA, on October 29, 2014, the Vanguard Small-Cap Index Fund Admiral did a share class exchange. The new symbol for the fund went from VSISX to VSMAX. The computer program does not list share class exchange as an action item; therefore, I used the term spinoff. Moreover, because I no longer own the VSISX fund, I removed a gross value at the end of the reporting period for the VSISX fund.

With respect to lines 23 and 24 in the IRA, on October 27, 2014, the Vanguard Mid-Cap Fund Admiral did a share class exchange. The new symbol for the fund went from VMISX to VIMAX. The computer program does not list share class exchange as an action item; therfore, I used the term spinoff. Moreover, because I no longer own the VMISX fund, I removed a gross value at the end of the reporting period for the VMISX fund.

With respect to lines 25 and 26 in the IRA, on October 27, 2014, the Vanguard Total Stock Market Index Fund did a share class exchange. The new symbol for the fund went from VTSSX to VTSAX. The computer program does not list share class exchange as an action item; therefore, I used the term spinoff. Moreover, because I no longer own the VTSSX fund, I removed a gross value at the end of the reporting period for the VTSSX fund.

With respect to lines 29 and 30 in the IRA, on October 27, 2014, the Vanguard REIT Index Fund did a share class exchange. The new symbol for the fund went from VGRSX to VGSLX. The computer program does not list share class exchange as an action item; therefore, I used the term spinoff. Moreover, because I no longer own the VGRSX fund, I removed a gross value at the end of the reporting period for the VGRSX fund.

With respect to line 63 in Trust number 1, the United Technologies stock was purchased on March 13, 2013. I inadvertantly failed to include the purchase on my 2013 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. Dever**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544